**RECEIVED**
IN LAFAYETTE, LA.

JAN 15 2010

TONY R. MOORE, CLERK
BY _____
         DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| **DOUGLAS C JONES** | **CIVIL ACTION NO. 6:09CV86** |
| **VERSUS** | **JUDGE DOHERTY** |
| **WARDEN LAFAYETTE PARISH CORR. CENTER** | **MAGISTRATE JUDGE HANNA** |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

☑   The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___   The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Lafayette, Louisiana, this 15 Day of Jan., 2010.

COPY SENT:
DATE: JAN 15 2010
BY: _____
TO: RFD
    CG
    PJH

Rebecca F. Doherty
UNITED STATES DISTRICT JUDGE